UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARCUS TROY REUM,

             Petitioner,

   v.

STATE OF WASHINGTON,

             Respondent.

Case No. C23-5161-DGE-MLP

ORDER OF DISMISSAL

       Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

       (1)    The Court ADOPTS the Report and Recommendation (Dkt. No. 5);

       (2)    Petitioner's habeas petition (Dkt. No. 4), and this action, are DISMISSED without prejudice;

       (3)    A certificate of appealability is DENIED as to all of Petitioner's claims;

       (4)    The Clerk is directed to send a copy of this Order to Petitioner.

ORDER OF DISMISSAL - 1

Dated this 10th day of April, 2023.

David G. Estudillo
United States District Judge

ORDER OF DISMISSAL - 2